United States District Court
Southern District of Texas
**ENTERED**
September 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Troy Construction, L.L.C., §<br>§<br>Plaintiff, §<br>§<br>versus §<br>§<br>Zurich American Insurance §<br>Company, *et al.*, §<br>§<br>Defendants. § | Civil Action H-17-3840 |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice. (110)

2. By September 23, 2019, the parties may move for reinstatement.

Signed on September  16 , 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge