United States District Court
Southern District of Texas
**ENTERED**
December 30, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | | |
|---|---|---|
| Troy Construction, L.L.C., | § § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-3840 |
| Zurich American Insurance Company, *et al.*, | § § § § | |
| Defendants. | § | |

# Final Dismissal

Neither party having moved for reinstatement, this case is dismissed with prejudice.

Signed on December 30, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge